IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40119
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN MANUEL FLORES,
TEODORA GARCIA-CANTU,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-B-94-129-01 & 2
- - - - - - - - - -
November 30, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Codefendants Juan Manuel Flores and Teodoro Garcia-Cantu,
Jr., appeal their judgments of conviction for conspiracy to
possess with intent to distribute in excess of five kilograms of
cocaine (count one) and possession with intent to distribute
approximately 5,066 grams of cocaine (count two).  Flores argues
that the district court abused its discretion in denying his
motion for severance and that counsel was ineffective in urging

_____

     [*]     Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

the motion for severance.  Garcia-Cantu argues that the evidence was insufficient to prove beyond a reasonable doubt that he was predisposed to engage in drug trafficking and that the prosecutor made improper remarks during closing argument concerning the law of entrapment that deprived him of substantial rights.

We have reviewed the record, including the transcripts of the trial, and find no reversible error.  The judgments of the district court are AFFIRMED.